AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Northern District of California

FILED
JUL 2 5 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 12-70809 MAG |
| Lucinda Feldmann ) | |
| _Defendant_ ) | Charging District: District of Columbia |
| ) | Charging District's Case No. 2012 CMD 001162 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Superior Court of the District of Columbia<br>Criminal Division<br>Moultrie Courthouse<br>500 Indiana Ave., NW<br>Washington, DC 20001 | Courtroom No.: Rm. 4001 |
|---|---|---|
| | | Date and Time: Sept. 18, 2012 at 9:30 am |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: Jul 25, 2012

_Judge's signature_

Donna M. Ryu, US Magistrate Judge
_Printed name and title_